UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SAMUEL MARCELIN, JR.,

Petitioner,

v.                                      CAUSE NO. 3:26-CV-237-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

Samuel Marcelin, Jr., a prisoner without a lawyer, was ordered to show cause why this case should not be dismissed as abandoned because mail sent to his last known address was returned undeliverable. ECF 4. The Court acknowledged if he was not at the address on the docket, that order was unlikely to reach him. However, it was possible he would attempt to determine the status of this case by visiting the clerk's office (if he had been released from custody) or by checking the online docket, in which case this order would alert him that he needed to take action before the harsh sanction of dismissal was imposed. In addition, if the order was returned to the clerk as undeliverable, that would serve as further confirmation he did not provide his current address. Thus, the court believed the show cause order was appropriate notwithstanding the likelihood that it would not reach him. As it turned out, it did not reach him and was returned undeliverable. ECF 5.

"The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit."

*Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation

omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change

of address . . .." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation mark

omitted).

For these reasons, this case is **DISMISSED** pursuant to Federal Rule of Civil

Procedure 41(b).

SO ORDERED on April 22, 2026.

　　　　　　　　　　　　　　/s/ *Cristal C. Brisco*　　　　　　
　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT